| | |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
| | sean.nalty@wilsonelser.com |
| 2 | WILSON, ELSER, MOSKOWITZ, |
| |    EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
| | San Francisco, California 94105-2718 |
| 4 | Telephone: (415) 433-0990 |
| | Facsimile:  (415) 434-13470 |
| 5 | |
| 6 | Attorneys for Defendant |
| | THE GUARDIAN LIFE INSURANCE COMPANY |
| 7 | OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEREK HARA, | ) | Case No.: CV-11-0593 CRB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | GUARDIAN LIFE INSURANCE |
| v. | ) | COMPANY OF AMERICA'S |
| | ) | APPLICATION TO FILE THE |
| THE GUARDIAN LIFE INSURANCE | ) | SUPPLEMENTAL DECLARATION OF |
| COMPANY OF AMERICA; STEVE POIZNER as | ) | LAURA ROTENBERG IN OPPOSITION |
| COMMISSIONER OF INSURANCE; and DOES | ) | TO PLAINTIFF'S MOTION TO |
| 1 to 20, inclusive | ) | REMAND |
| | ) | |
| Defendants | ) | Date: April 15, 2011 |
| | ) | Judge: Hon. Charles R. Breyer |

Pursuant to Northern District Court Rule 7-3(d), defendant Guardian Life Insurance Company of America ("defendant") applies for permission to file the Supplemental Declaration of Laura Rotenberg in opposition to plaintiff Derek Hara's ("plaintiff") motion to remand. The Court has considered defendant's application. Good Cause appearing therefore, the Court hereby GRANTS defendant permission to file the supplemental declaration of Laura Rotenberg that is attached to defendant's application as Exhibit A. It is so Ordered.

Date: April 07, 2011        By: _____
                                CHARLES R. BREYER
                                JUDGE OF THE UNITED STATES DISTRICT COURT
                                FOR THE NORTHEN DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1

PROPOSED ORDER RE APPLICATION FOR THE FILING OF ADDITIONAL MATERIALS