IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK HARA, | No. C 11-00593 CRB |
| Plaintiff, | **ORDER REMANDING CASE** |
| v. | |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. / | |

The Court finds that Defendant has failed to show "that there is no possibility that the plaintiff will be able to establish a cause of action in State court against the alleged sham defendant." Good v. Prudential Ins. Co., 5 F. Supp. 2d 804, 807 (N.D. Cal. 1998). Accordingly, this Court lacks jurisdiction, and REMANDS the case to State court. No fees and costs will be awarded.

**IT IS SO ORDERED.**

Dated: April 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\593\order re remand.wpd